Lawrence G. RYCKMAN, Judgment Debtor Below, Appellant,

v.

ALBERTA SECURITIES COMMISSION, Judgment Creditor Below, Appellee.

No. 278, 2015

Supreme Court of Delaware.

Submitted: November 4, 2015

Decided: November 5, 2015

Court Below—Superior Court of the State of Delaware in and for New Castle County, No. N13J–02847.

AFFIRMED.

David NAPLES, Plaintiff Below, Appellant,

v.

NEW CASTLE COUNTY, a Municipal Corporation, David M. Culver, individual and in his official capacity, George Haggerty, individual and in his official capacity, Joseph Day, individual and in his official capacity, Latonya Ashley, individual and in her official capacity, David Holston, individual and in his official capacity, and Frank Ruberto, individual and in his official capacity, Defendants Below, Appellees.

No. 212, 2015

Supreme Court of Delaware.

Submitted: November 4, 2015

Decided: November 6, 2015

Court Below—Superior Court of the State of Delaware, in and for New Castle County, C.A. No. N11C–06–242.

AFFIRMED.